JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 20-00633-DOC-ADS                               Date: September 9, 2020

Title: RICHARD DASCHBACH v. CALL TOOLS, INC. ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis/Rolls Royce Paschal | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On August 20, 2020, the Court issued an Order to Show Cause Why This Case Should Not Be Dismissed for Lack of Prosecution ("OSC") (Dkt. 18). The OSC required Plaintiff to respond by September 4, 2020. That deadline has now passed and the Court has not received any filing in response to the OSC. This action is accordingly DISMISSED for lack of prosecution.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kd/rrp

MINUTES FORM 11
CIVIL-GEN